# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICKIE MADRID,<br><br>　　　　Defendant. | Case No.  1:13-cv-02104-MJS (PC)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 5)** |

　　　　Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　　In the instant action, Plaintiff filed an Application to proceed in forma pauperis. (ECF No. 5.) Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.

/////

/////

/////

/////

**Accordingly, the Application to proceed in forma pauperis (ECF No. 5) is GRANTED.**

IT IS SO ORDERED.

Dated:   January 10, 2014          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE